IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| 15508 IMPACT WAY LLC § | |
|     Plaintiff § | |
| § | |
| V. § | 1:24-cv-00914-ADA |
| § | |
| PFLUGERVILLE COMMUNITY § | |
| DEVELOPMENT CORPORATION § | |
| And CITY OF PFLUGERVILLE § | |
|     Defendants. § | |

### DEFENDANT CITY OF PFLUGERVILLE'S EXPERT DESIGNATIONS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now Comes CITY OF PFLUGERVILLE ("City"), and pursuant to the Federal Rules of Civil Procedure and in accordance with the Scheduling Order [Dkt. 45] and the Parties Rule 29 Agreement files this its Expert Designations.

### RETAINED EXPERT

1.   Robert Jacob (Jake) Gutekunst, PE, AIXP
     The Goodman Corporation
     911 W. Anderson Lane, Suite 200
     Austin, Texas 78757
     713/951-7951

Mr. Gutekunst is a professional engineer currently licensed in the state of Texas (PE No. 129477) and a certified Planner (AICP). He is an industry expert on roadway impact fees and proportionality studies and has also helped write roadway impact fee and proportionality ordinances. Mr. Gutekunst has helped several communities determine the proportionality of required transportation infrastructure as a condition of development approval as included in Chapter 212.094 of the Texas Local Government Code and has helped several communities develop worksheets for estimation of proportional impacts and developing costs for typical roadway facilities. Mr. Gutekunst has developed handbooks and policies to support cities in application of the law regarding proportionality.

Mr. Gutekunst will testify regarding his education, training, qualifications, and experience. Mr. Gutekunst will testify as to the City's Roadway Impact Fee Ordinance (Chapter 152, Subsection

B) and applicable Texas Statutes (Chapter 395 of the Texas Local Government code), the City's Roadway Impact Fee Study, Capital Improvement Plan, Master Transportation Plan and Unified Development Code then in effect at the time of the assessment of roadway impact fees and credit determinations by the City.  He is expected to testify that the City's assessment, calculation and imposition of roadway impact fees on the property at 15508 Impact Way had a nexxus to the government's legitimate interests and the fee was proportional to the impact of the proposed development on the City's infrastructure.  He is expected to testify that the rates to be assessed and collected per service unit were known by the public, available to Plaintiff and capable of precise calculation by a developer at all relevant times. He is expected to testify that the Roadway Impact Fee assessed to the development and required to be collected at time of the application for a building permit by EVS Metal was calculated using those published rates for the service area in question and those rates were  approximately half the maximum assessable roadway impact fees which the City might have charged for the proposed development. Mr. Gutekunst is expected to testify that the City Manager, City staff, and former Planning and Development Services Director and his staff properly applied the City ordinance and state law and did not fail or refuse to follow the law. He is expected to testify that the availability of credits is already determined by whether the developer's proposed improvement was included in the Capital Improvement Plan and complies with Tex. Local Gov't Code § 395.023.

Mr. Gutekunst will testify in rebuttal to Plaintiff's expert, Mr. Breedlove's review, assumptions and conclusions.  He is expected to testify that Breedlove is not trained or qualified to render a proportionality analysis opinion.

Mr. Gutekunst's Report reflects his expected opinions and the basis therefore and along with his resume is being served on all parties but not filed with this designation per the Scheduling Order.  He reserves the right to testify and to supplement his opinions to include any additional allegations, pleadings, deposition testimony or evidence that may be presented in this matter.

## NON-RETAINED EXPERTS

The following witnesses have not been retained by the City.  The City further reserves the right to challenge or oppose the testimony of any non-retained experts based upon lack of qualifications, reliability or relevance, or upon any other *Daubert* grounds.

2.     The below listed individuals are non-retained experts who may be called to testify in this matter regarding any and all topics within their individual skill, education, training, knowledge, and experience.

**Emily Barron, Assistant City Manager,** City of Pflugerville, 100 E. Main Street Pflugerville, Texas 78660; (512) 990-6100.   Has knowledge of and will testify as to the City's policies, ordinances, role of City Council as oversight to PCDC, funding of PCDC, authority of City Manager and City Planning and Development, operation of Planning and Development in the assessment and calculation of Roadway Impact Fees, the relationship between City Council and the Planning & Zoning Commission as well as application and implementation of the Unified Development Plan, the Capital Improvement Plan, the Master Transportation Plan, City Code, City Ordinances and state law. Ms. Barron's deposition was taken on October 1, 2025,

which sets forth many of the facts and opinion testimony that she will express at trial. She reserves the right to speak to any matter within her education, training, experience and knowledge concerning the issues in this matter.

**Isaac Torrez, Construction Inspector,** City of Pflugerville, 100 E. Main Street, Pflugerville, Texas 78660; (512) 990-6100. Has knowledge of and will testify as to the City process of submission and approval of building plans, City requirements for infrastructure, roads, drainage, utilities; building permit application process, the approval, assessment, and calculation of Roadway Impact Fees, City's authority to require payment of Impact Fees prior to approval of building permit and authority to request, granting impact fee credits, and City's authority to stop work for failure to meet City Code requirement(s) of ordinances, statute, or building plans. He reserves the right to speak to any matter within his education, training, experience and knowledge concerning the issues in this matter.

**Jeff Whitacre, Engineer,** Kimley-Horn and Associates, Inc. 801 Cherry Street, Suite 1300, Unit 11, Fort Worth, Texas 76102; (817) 335-6511. Has knowledge of and will testify as to the City's Roadway Impact Fee Ordinance, Texas Local Gov't Code 395, the City's Roadway Impact Fee Study and Capital Improvements Plan, City's Master Transportation Plan, Unified Development Code and the City's application of these in assessing Roadway Impact Fees, calculating the Roadway Impact Fee from a particular development and consideration of any applicable credits for eligible capital improvements by a developer. He is expected to testify that the City's assessment, calculation and imposition of roadway impact fees on the property at 15508 Impact Way had a nexxus to the government's legitimate interests and the fee was proportional to the impact of the proposed development on the City's infrastructure. He is expected to testify that the rates to be charged per service unit were known by the public, available to Plaintiff and capable of precise calculation by a developer at all relevant times. He is expected to testify that the Roadway Impact Fee charged to the development in question was calculated using those published rates for the service area in question and those rates were less than half the maximum assessable roadway impact fees which the City might have charged for the proposed development. He is expected to testify that the City and Jeremy Frazzell as former Planning and Development Services Director properly assessed and published the maximum assessable roadway impact fee per service unit by adopting the Roadway Impact Fee ordinance and advising PCDC of that at the time of approval of the final replat of the replat. He is expected to testify that the City Manager properly applied the City Ordinance with respect to potential credits against roadway impact fees by the adoption of the Capital Improvement Plan, the Roadway Impact Fee Study and City's Master Transportation Plan and consideration of an application for credit against charged roadway impact fees. He is expected to testify that PCDC's expansion of the Impact Way road, dedicated to the City a year prior to the request for credits was not eligible for a credit to be applied to the EVS development. Mr. Whitacre may testify to the replatting process, the Building Permit Application process, the Pre-Application Conference and Building Permit application submitted by EVS Metals, EVS Metals Building Permit shell placard issuance, EVS Metals payment of the Roadway Impact Fee, Roadway Impact Fee Rates as approved by City Council, Roadway Impact Fee assessment and calculation of Roadway Impact Fee, applications for Roadway Impact Fee credits, and authority to deny or request City Council approval of same. Mr. Whitacre's deposition was taken October 1, 2025, which sets forth many of the facts and opinions to which he may testify. He reserves the right to speak to any matter

within his qualifications, education, training, experience and knowledge concerning the issues in this matter including his opinions on the proportionality analysis concerning application of roadway impact fees to the EVS Metal development. He reserves the right to supplement his opinions to include any additional allegations, pleadings, deposition testimony or evidence that may be presented in this matter.

**Jeremy Frazzell, Planning & Development Services Director,** City of Pflugerville, 100 E. Main Street, Pflugerville, Texas 78660; (512) 990-6100. Has knowledge of and will testify as to the process of platting, zoning, submission and approval of building plans, City's Roadway Impact Fee Ordinance, Texas Local Gov't Code 395, City requirements for infrastructure, roads, drainage, utilities; the platting and building permit application process, the approval, assessment, and calculation of Roadway Impact Fees, City's authority to require payment of Impact Fees prior to approval of building permit, eligibility for impact fee credits, and City's authority to stop work for failure to meet City Code requirement(s) of ordinances, statute, or building plans. Mr. Frazzell's deposition was taken on October 2, 2025, which sets forth many of the facts and opinion testimony that he will express at trial. He reserves the right to speak to any matter within his education, training, experience and knowledge concerning the issues in this matter.

**Kristin Gummelt, Planner 1,** City of Pflugerville, 100 E. Main Street, Pflugerville, Texas 78660; (512) 990-6100. Has knowledge of and will testify as to the process of platting, zoning, submission and approval of building plans, City requirements for infrastructure, roads, drainage, utilities; building permit application process, the approval, assessment, and calculation of Roadway Impact Fees, City's authority to require payment of Impact Fees prior to approval of building permit and authority to request, granting impact fee credits, and City's authority to stop work for failure to meet City Code requirement(s) of ordinances, statute, or building plans.

**Michael Patroski, Senior Planner, Long Range Planning,** City of Pflugerville, 100 E. Main Street, Pflugerville, Texas 78660; (512) 990-6100. Has knowledge of and will testify as to the process of platting, zoning, submission and approval of building plans, City requirements for infrastructure, roads, drainage, utilities; building permit application process, the approval, assessment, and calculation of Roadway Impact Fees, City's authority to require payment of Impact Fees prior to approval of building permit and authority to request, granting impact fee credits, and City's authority to stop work for failure to meet City Code requirement(s) of ordinances, statute, or building plans.

**Robert Polanco, Building Official,** City of Pflugerville, 100 E. Main Street, Pflugerville, Texas 78660; (512) 990-6100. Has knowledge of and will testify as to the process of platting, zoning, submission and approval of building plans, City requirements for infrastructure, roads, drainage, utilities; building permit application process, the approval, assessment, and calculation of Roadway Impact Fees, City's authority to require payment of Impact Fees prior to approval of building permit and authority to request, granting impact fee credits, and City's authority to stop work for failure to meet City Code requirement(s) of ordinances, statute, or building plans.

**Robyn Claridy-Miga, Development Engineering Assistant Director,** City of Pflugerville, 100 E. Main Street, Pflugerville, TX 78660; (512) 990-6100. Has knowledge of and will testify as to the City's policies, ordinances, process and operation of the City in the assessment and

calculation of Roadway Impact Fees, the application and implementation of the Unified Development Plan, the Capital Improvement Plan, the Master Transportation Plan, City Code, City Ordinances and state law. Ms. Miga may testify that PCDC's expansion of the Impact Way Road, dedicated to the City a year prior to the request for credits was not eligible for a credit to be applied to the EVS development. Ms. Miga may testify to the re-platting process, the Building Permit Application process, the Pre-Application Conference and Building Permit application submitted by EVS Metals, EVS Metals Building Permit shell placard issuance, EVS Metals payment of the Roadway Impact Fee, Roadway Impact Fee Rates as approved by City Council, Roadway Impact Fee assessment and calculation of Roadway Impact Fee, applications for Roadway Impact Fee credits, and authority to deny or request City Council approval of same. Ms. Miga's deposition was taken on October 1, 2025, which sets forth many of the facts and opinion testimony that she will express at trial. She reserves the right to speak to any matter within her education, training, experience and knowledge concerning the issues in this matter.

**Strozewski, Darren C.**, c/o DCS Engineering, LLC, 1101 W. Capital of Texas Highway #130 Austin, TX 78746; Mr. Strozewski, along with his firm, was the engineer who prepared the final plat of the property. He reserves the right to speak to any matter within her education, training, experience and knowledge concerning the issues in this matter.

**Haws, Gordon, P.E., CFM**, Engineering Manager, City of Pflugerville 100 E. Main Street, Pflugerville, Texas 78660; (512) 990-6100, has knowledge and may testify to the facts and circumstances, and documents pertaining to the issues in this lawsuit. He reserves the right to speak to any matter within his education, training, experience and knowledge concerning the issues in this matter.

3.  The City may also call the following to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

Clarissa M. Rodriguez
Rebecca S. Hayward
Lori W. Hanson
Denton Navarro Rodriguez Bernal Santee & Zech, P.C.
2517 N. Main Avenue
San Antonio, Texas 78212
(210) 227-3243

Above individuals will testify in rebuttal as to the reasonable and necessary attorney's fees claimed by Plaintiff and the factors and evidence relating to the claim for attorney's fees in this matter. This response is subject to supplementation regarding their opinions as discovery proceeds and information is produced by the Plaintiff regarding attorney's fees.

4.  The City reserves the right to elicit opinion and expert testimony from any non-retained experts or experts who may be designated by any other parties.

5.  The City reserves the right to call those witnesses identified in discovery responses who may possess scientific, technical or other specialized knowledge that may assist the trier of fact

to understand the evidence or determine a fact in issue and who qualify as experts by knowledge, skill, experience, training, or education to give expert opinion testimony.

6.     The City reserves the right to designate and present testimony at trial additional expert witnesses in rebuttal whose identity and testimony could not reasonably be foreseen.

7.     The City reserves the right to call at trial any of the following experts who may have knowledge of relevant facts:

   a.  any expert which has been or will be named by any other party in any answer to a discovery response, whether or not such party is still a party at the time of trial.
   b.  any expert whose name appears on any document which has been or will be produced by any party in any response to request for production;
   c.  any expert whose name is reflected in any document which has been or will be submitted to the Court by Affidavit;
   d.  any expert whose name is reflected in any document which has been or will be subpoenaed by any party;
   e.  any expert whose name appears in the transcript of any deposition taken in this matter;
   f.  any expert whose name is reflected in any document which has been or will be attached to the transcript of any deposition; and
   g.  any expert designated by any other party to this lawsuit.

8.     The City reserves the right to supplement and amend this response in accordance with Fed. R. Civ. P. 26(e)(2), should information be provided in the future change or vary the opinions of the above designated experts, or if they reach additional opinions.

9.     The City reserves the right to withdraw the designation of any expert and aver positively that any such previously designated expert will not be called as a witness at trial and to re-designate same as a consulting expert who may not be called by opposing counsel.

Respectfully submitted,

By: /s/ Lori W. Hanson
LORI W. HANSON
State Bar No. 21128500
Federal ID No. 281281
lwhanson@rampagelaw.com
CLARISSA M. RODRIGUEZ
Lead Counsel / Attorney in Charge
State Bar No. 24056222
Federal ID No. 967044
cmrodriguez@rampaglaw.com
LOWELL F. DENTON
State Bar No. 05764700
Federal ID No. 8600
lfdenton@rampagelaw.com
**DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C.**
A Professional Corporation
2517 N. Main Avenue
San Antonio, TX 78212
(210) 227-3243

REBECCA S. HAYWARD
State Bar No. 24080709
Fed ID No. 1570404
rshayward@rampagelaw.com
YOLANDA JARMON-MORGAN
State Bar No. 24007435
Fed ID No. 23578
yjmorgan@rampagelaw.com
**DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C.**
A Professional Corporation
701 E. Harrison Ave., Ste 100
Harlingen, TX 78550
(956) 421-4904
**COUNSEL FOR DEFENDANT CITY OF PFLUGERVILLE**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the 3rd day of October 2025.

| | |
|---|---|
| Alexa L. Gervasi<br>Bill Cobb<br>Christopher S. Johns<br>Michael C. Cotton<br>COBB & JOHNS, P.L.L.C.<br>13341 West U.S. Highway 290, Building 2<br>Austin, TX 78737<br>Email: bill@cobbjohns.com; chris@cobbjohns.com<br>michael@cobbjohns.com; alexa@cobbjohns.com<br>**Counsel for Plaintiff** | **Via E-Filing Methods** |
| Bradford E. Bullock<br>Josh Brockman-Weber<br>Arturo D. Rodriguez, Jr.<br>MESSER FORT, PLLC<br>4201 W. Parmer Ln., Suite C-150<br>Austin, TX 78727<br>Email: brad@txmunicipallaw.com; art@txmunicipallaw.com<br>josh@txmunicipallaw.com<br>**Counsel for Defendant**<br>**Pflugerville Community Development Corporation** | **Via E-Filing Methods** |

/s/ Lori W. Hanson<br>LORI W. HANSON