IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **15508 IMPACT WAY LLC** | § | |
| Plaintiff | § | |
| | § | |
| V. | § | 1:24-cv-00914-ADA |
| | § | |
| **PFLUGERVILLE COMMUNITY** | § | |
| **DEVELOPMENT CORPORATION** | § | |
| **And CITY OF PFLUGERVILLE** | § | |
| Defendants. | § | |

# AMENDED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| **February 25, 2026** | Fact Discovery Deadline. Any discovery requests must be propounded so that the responses are due by this date. |
| **March 18, 2026** | Any objection to the qualifications of a retained expert witness or to the reliability of an expert's proposed testimony or opinions under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony or opinions. |
| **March 18, 2026** | All dispositive motions shall be filed and served on all other parties on or before this date and shall be limited to 25 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. |
| **June 8, 2026** | By this date the parties shall meet and confer to determine pre-trial deadlines, including, *inter alia*, exchange of witnesses and exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. |
| **July 8, 2025** | By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. |

1

| | |
|---|---|
| **July 15, 2026** | By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. |
| **July 15, 2026** | By this date the parties shall also submit to the Court their Motions in Limine. |
| **July 22, 2026** | By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, trial schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their oppositions to Motions in Limine. |
| **July 27, 2026** | Final Pre-Trial Conference. The parties shall provide to the Court an agreed jury charge with supported objections of each party, and proposed questions for the jury, at the final Pre-Trial Conference. |
| **August 10, 2026** | Trial |

**SIGNED** this 17th day of November, 2025.

_____
Alan D Albright
United States District Judge

AGREED:

By:     _/s/ Alexa Gervasi_
   Alexa Gervasi
   State Bar No. 24147091
   Cobb & Johns, PLLC

   *Attorney for Plaintiff*

By:  _/s/ Sara B. Kerr_
   Bradford E. Bullock
   State Bar No. 00793423
   Sara B. Kerr
   State Bar No. 24120323
   Messer Fort, PLLC
   *Attorney for Defendant*
   *Pflugerville Community*
   *Development Corporation*

By:     _/s/ Lori W. Hanson_
   Lori W. Hanson
   State Bar No. 21128500
   Denton Navarro Rodriguez Bernal
      Santee & Zech, P.C.
   *Attorney for Defendant*
   *City of Pflugerville*

2